UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARK TRAINOR,

    Plaintiff,

v.                      Case No.: 4:21-cv-00384-MW-MAF

AMERICAN CORADIUS INTERNATIONAL, LLC,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, American Coradius International, LLC, through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: October 1, 2021

                    Respectfully submitted,

                    */s/ Michael P. Schuette*
                    Michael P. Schuette, Esq.
                    Florida Bar No. 0106181
                    Dayle M. Van Hoose, Esq.
                    Florida Bar No. 0016277
                    SESSIONS, ISRAEL & SHARTLE
                    3350 Buschwood Park Drive, Suite 195
                    Tampa, Florida 33618
                    Telephone: (813) 890-2460

                    Facsimile: (877) 334-0661
                    mschuette@sessions.legal
                    dvanhoose@sessions.legal
                    *Counsel for Defendant,*
                    *American Coradius International, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on this 1st day of October 2021, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

          Jibrael S. Hindi, Esq.
          Thomas J. Patti, III, Esq.
      The Law Offices of Jibrael S. Hindi
       110 SE 6th Street, Suite 1744
         Fort Lauderdale, FL 33301
          jibrael@jibraellaw.com
           tom@jibraellaw.com

                    */s/ Michael P. Schuette*
                    Attorney