IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Case No.: 4:21cv384-MW/MJF

**MARK TRAINOR,**

    Plaintiff,

v.

**AMERICAN CORADIUS INTERNATIONAL LLC,**

    Defendant.
_____/

## JUDGMENT

The parties are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                        JESSICA J LYUBLANOVITS,
                                        CLERK OF COURT

October 5, 2021                          s/ *Ronnell Barker*
DATE                                          DEPUTY CLERK